### 556 BURKLE ET AL. vs. CIRCUIT JUDGE (Ingham), 42 M., 513.

To compel the respondent to restore certain special findings in an ejectment case.

Denied January 20, 1880.

In ejectment against relators the declaration contained two counts, in one of which plaintiff claimed the fee and in the other only a life estate. Plaintiff recovered on the count last mentioned. The jury assessed the increased value of the land by reason of the improvements, at $1,480. Judgment was entered for plaintiff that she recover possession and the court struck out the special findings.

Held, that the statute requiring payment for improvements is not applicable to a case where the interest recovered is less than the fee.